UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| DIANA DOE, PARKER POE and BRENDAN BOE,<br><br>                  *Plaintiffs,*<br><br>     v.<br><br>DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; ANTHONY J. TATA, in his official capacity as the Under Secretary of Defense for Personnel and Readiness; KEITH BASS, in his official capacity as Assistant Secretary of Defense for Health Affairs; DEFENSE HEALTH AGENCY; and DARIN K. VIA, in his official capacity as Director of the Defense Health Agency,<br><br>                  *Defendants.* | Civil Action No. 8:25-cv-02947-DLB<br><br>**PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD** |

Plaintiffs Diana Doe, Nathan Noe, and Brendan Boe (collectively, "Plaintiffs"), by and through their attorneys, respectfully move this Court for an order supplementing the administrative record previously submitted by defendants on May 11, 2026 (ECF No. 72). Specifically, Plaintiffs move the Court to supplement the record with the Declaration of Dr. Dan H. Karasic, M.D., attached hereto as Exhibit A, together with studies and literature cited and attached therein as Exhibits 1-23 to the Karasic Declaration.

In support of this motion, Plaintiffs rely upon and incorporate by reference the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Supplement the Administrative Record, which sets forth the factual background and legal argument supporting supplementation and completion, the Declaration of Dr. Dan H. Karasic, M.D., and the exhibits attached thereto.

A proposed order is submitted concurrently herewith, as required by Local Rule 105.1.

Respectfully submitted,

BROWN GOLDSTEIN & LEVY LLP

Dated:  July 10, 2026            By:   */s/ Eve Hill*
                                      EVE HILL (Bar No. 19938)
                                      120 East Baltimore Street, Suite 2500
                                      Baltimore, MD  21202
                                      Telephone: (410) 962-1030
                                      Facsimile: (410) 385-0869
                                      ehill@browngold.com

2

KEKER, VAN NEST & PETERS LLP

By:  */s/ Sharif E. Jacob*

SHARIF E. JACOB (Admitted Pro Hac Vice)
RYAN K. WONG (Admitted Pro Hac Vice)
EMILY A. HASSELBERG (Admitted Pro Hac Vice)
SARA R. FITZPATRICK (Admitted Pro Hac Vice)
LIAM BROWN (Admitted Pro Hac Vice)
JULIE A. HUNTER (Admitted Pro Hac Vice)
ALEXANDER LOPEZ (Admitted Pro Hac Vice)
633 Battery Street
San Francisco, CA  94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
sjacob@keker.com
rwong@keker.com
sfitzpatrick@keker.com
liambrown@keker.com
jhunter@keker.com

GLBTQ LEGAL ADVOCATES & DEFENDERS

By:  */s/ Jennifer Levi*

JENNIFER LEVI (Admitted Pro Hac Vice)
SARAH AUSTIN (Admitted Pro Hac Vice)
HANNAH HUSSEY (Admitted Pro Hac Vice)
ELIZABETH RODRIGUEZ-ROSS (Admitted Pro Hac Vice)
18 Tremont Street, Suite 950
Boston, MA  02108
Telephone: (617) 778-6961
Facsimile: (617) 426-3594
jlevi@gladlaw.org
saustin@gladlaw.org
hhussey@gladlaw.org
erodriguezross@gladlaw.org

3

NATIONAL CENTER FOR LGBTQ RIGHTS


By:  */s/ Shannon Minter*
  SHANNON MINTER (Admitted Pro Hac Vice)
  CHRISTOPHER F. STOLL
  (Admitted Pro Hac Vice)
  1401 21st Street, #11548
  Sacramento, CA  95811
  Telephone: (415) 365-1320
  Facsimile: (415) 392-8442
  sminter@nclrights.org
  cstoll@nclrights.org

  Attorneys for Plaintiffs
  DIANA DOE, PARKER POE, and BRENDAN
  BOE

4